[No. 74068-7-I. Division One. April 3, 2017.]

MARK HOPKINS ET AL., *Respondents*, v. KIRK BANKS ET AL., *as Assignees, Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-2-07395-8, Ellen J. Fair, J., entered September 18, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 74317-1-I. Division One. April 3, 2017.]

*In the Matter of the Detention of* J.D.

THE STATE OF WASHINGTON, *Respondent*, v. J.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-6-03275-0, Ken Schubert, J., entered October 26, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Leach, J.

[No. 74367-8-I. Division One. April 3, 2017.]

DEBI O'BRIEN, *Appellant*, v. HUGH KOSKINEN ET AL., *Defendants*, LEONARD CARDER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-06791-5, William L. Downing, J., entered November 16, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[No. 74713-4-I. Division One. April 3, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRI LYNN HUIZENGA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-1-00475-4, Ira Uhrig, J., entered February 3, 2016. *Affirmed in part* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Mann, J.